IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | : | |
|---|---|---|
| DEBRA DENISE SIMMONS | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| MICHAEL J. ASTRUE, | : | |
| Commissioner of Social Security | : | No. 08-5173 |

## ORDER

AND NOW, this 28th day of December, 2009, upon careful and independent consideration of Plaintiff Debra Denise Simmons' Request for Review, it is hereby ORDERED as follows:

(1) Plaintiff's Motion (Doc No. 9) is GRANTED;

(2) The case is remanded for further administrative proceedings not inconsistent with this opinion pursuant to the fourth sentence of 42 U.S.C. § 405(g).

(3) The clerk shall marked this case CLOSED for statistical purposes.

BY THE COURT:

s/Michael M. Baylson

Michael M. Baylson, U.S.D.J.

O:\CIVIL 07-08\08-5173 Simmons v. Astrue\Simmons v. Astrue - Order SS Appeal.wpd